■    In the Matter of SATIRO KAZOLIAS, Appellant, v ALBERT L. HECHT et al., Constituting the Board of Elections in the County of Dutchess, and WALTER R. JABLONSKI et al., Respondents.—In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party primary election to be held on September 9, 1975 for nomination for the public office of County Executive of Dutchess County, the appeal is from a judgment of the Supreme Court, Dutchess County, dated August 12, 1975, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.